Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:91CR03018-001

Tharon Douglas Godwin

On May 14, 1997, the above named was sentenced to a period of five (5) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Tharon Douglas Godwin be discharged from supervised release.

Respectfully submitted,

Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___7___ day of ___December___, 20_05_.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
PENSACOLA, FLA

05 DEC -8 AM 7: 54

FILED